COVINGTON & BURLING LLP
William L. Stern (Bar No. 96105)
Jeffrey M. Davidson (Bar No. 248620)
Hakeem S. Rizk (Bar No. 326438)
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email: wstern@cov.com; jdavidson@cov.com;
hrizk@cov.com

*Attorneys for Defendant*
*THE REGENTS OF THE*
*UNIVERSITY OF CALIFORNIA*

[Counsel for Other Joining Defendants Listed on Signature Pages]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ALYSSA TAMBOURA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM "RICK" SINGER, et al., <br><br> Defendants. | Civil Case No.: 5:19-cv-03411-EJD <br><br> **THE CALIFORNIA UNIVERSITY DEFENDANTS' REQUEST FOR JUDICIAL NOTICE** <br><br> *[Submitted in connection with (1) the California University Defendants' Notice of Motion and Motion to Dismiss Plaintiffs First Amended Complaint; (2) the Memorandum of Points and Authorities in Support thereof; (3) the California University Defendants' Notice of Motion and Motion to Dismiss for Misjoinder, or in the Alternative, to Sever the University Defendants from the Singer Defendants; and the (4) Memorandum of Points and Authorities in Support thereof ]* <br><br> Hearing Date: February 13, 2020 <br> Time: 9:00 a.m. |

# REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, the California University Defendants (the "California University Defendants"), in support of the California University Defendants' Motion to Dismiss Plaintiffs first Class Action Amended Complaint and the California University Defendants' Motion to Dismiss for Misjoinder, or in the Alternative to Sever the California University Defendants from the Singer Defendants (filed concurrently herewith), hereby requests that the Court take judicial notice of the following documents:

1. Information in *United States v. William Rick Singer*, Case No. 19-cr-10078, United States District Court for the District of Massachusetts, filed on March 5, 2019.  A true and correct copy of this document is attached hereto as Exhibit A.

2. Plea Agreement in *United States v. William Rick Singer*, Case No. 19-cr-10078, United States District Court for the District of Massachusetts, filed on March 5, 2019.  A true and correct copy of this document is attached hereto as Exhibit B.

3. Second Superseding Indictment in *United States v. Sidoo et al.*, Case No. 19-cr-10080-NMG, United States District Court for the District of Massachusetts, filed on April 9, 2019.  A true and correct copy of this document is attached hereto as Exhibit C.

4. Press Release entitled "Investigations of College Admissions and Testing Bribery Scheme, U.S. Attorney's Office for the District of Massachusetts, *available at* https://www.justice.gov/usao-ma/investigations-college-admissions-and-testing-bribery-scheme (last visited Oct. 9, 2019).  A true and correct copy of this document is attached hereto as Exhibit D.

Under Federal Rule of Evidence 201(d), the Court may take judicial notice of "court filings and other matters of public record" because they are "readily verifiable."  *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006); *see also* Fed. R. Evid. 201(b)(2) (noting that court filings "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned" and are therefore proper subjects of judicial notice).  Additionally, Exhibit D is subject to judicial notice as documents obtained from a website whose authenticity the parties do not question.  *See Edejer v. DHI Mortgage Co.*, No. C 09-1302 PJH, 2009 WL 1684714, at *4 (N.D. Cal. June 12, 2009) (taking judicial notice of information on official government website); *see also Pollstar v. Gigmania Ltd.*, 170 F. Supp. 2d 974, 978 (E.D. Cal. 2000) (taking judicial notice of printout of website).  Accordingly, the California University Defendants request that the Court take judicial notice

of Exhibits A through D in considering the California University Defendants' motion to dismiss Plaintiffs First Class Action Amended Complaint and the California University Defendants' Motion to Dismiss for Misjoinder, or in the Alternative, to Sever the California University Defendants from the Singer Defendants.

DATED:  October 11, 2019               COVINGTON & BURLING LLP

By:     /s/ William. L. Stern

William L. Stern (Bar No. 96105)
Salesforce Tower
415 Mission St., 54th Floor
San Francisco, CA 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email:  wstern@cov.com

Attorney for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA


_____/s/ John M. Grenfell_____

JOHN M. GRENFELL (SBN 88500)
john.grenfell@pillsburylaw.com
SARAH G. FLANAGAN (SBN 70845)
sarah.flanagan@pillsburylaw.com
JACOB R. SORENSEN (SBN 209134)
jake.sorensen@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 983-1000

Attorneys for Defendant THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY

        */s/ James P. Fogelman*

JAMES P. FOGELMAN (SBN 161584)
jfogelman@gibsondunn.com
DEBRA W. YANG (SBN 123289)
dwongyang@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7520

Attorneys for Defendant
THE UNIVERSITY OF SOUTHERN CALIFORNIA

I hereby attest, pursuant to Civil Local Rule 5-1(i)(3), that concurrence in the filing of this document has been obtained from each of the Signatories thereto.

        */s/William L. Stern*
        William L. Stern